1 | J. Michael Brown #38995
Law Office of J. Michael Brown
2 | 2678 Bishop Dr., Suite 205
San Ramon, CA 94583
3 | TEL: 925-484-2200
E-MAIL: jmb@mbrown-law.com
4
Attorneys for Plaintiff
5

UNITED STATES DISTRICT COURT

NORTHERN DISCTICT OF CALIFORNIA

| JOSE HERNANDEZ | Case No.: 3:14-cv-03079 JST |
|---|---|
| Plaintiff, | ~~(PROPOSED)~~ |
| vs. | ORDER EXTENDING TIME FOR RESPONSE AND REPLY DEADLINES TO MOTION TO DISMISS BY DEFENDANTS CITY OF RICHMOND AND CHUCK WHITNEY |
| CITY OF RICHMOND, POLICE CHIEF TERRY HUDSON, in his capacity as Chief of Police for the City of Richmond, MICHAEL WANG, Individually and in his capacity as a Police Officer for the City of Richmond; CHUCK WHITNEY, Individually and in his capacity as a Police Officer for the City of Richmond; MARIO CHESNEY, Individually and in his capacity as a Police Officer for the City of Richmond; POLICE OFFICERS DOES ONE THOUGH TWENTY Individually and in their capacities as a Police Officers for the City of Richmond; | |
| Defendants | |

It having been stipulated by and between plaintiff Jose Hernandez and defendants City of Richmond and Chuck Whitney that the response to the motion to dismiss the complaint herein filed by defendants City of Richmond and Chuck Whitney shall be due by August 8, 2014, and the reply shall be due by August 15, 2014, as set forth in the Court's

Order Extending Time For Response And Reply Deadlines
To Motion To Dismiss By Defendants City Of Richmond And
Chuck Whitney - Page 1

Law Office of J. Michael Brown
2678 Bishop Dr., Suite 205
San Ramon, CA 94583
(925) 484-2200

1  notice to the parties in Document 13, electronically mailed to the parties on July 25, 2014.
2  The Court approves the stipulation and IT IS SO ORDERED.
3  Dated: __August 6, 2014_____ .



Order Extending Time For Response And Reply Deadlines
To Motion To Dismiss By Defendants City Of Richmond And
Chuck Whitney - Page 2

Law Office of J. Michael Brown
2678 Bishop Dr., Suite 205
San Ramon, CA 94583
(925) 484-2200