UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE HERNANDEZ,

    Plaintiff,

  v.

CITY OF RICHMOND, et al.,

    Defendants.

Case No.  14-cv-03079-JST

**ORDER VACATING HEARING**

Re: ECF No. 31

Before the Court is Defendants' Motion to Dismiss. ECF No. 31. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for December 18, 2014, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
JON S. TIGAR
United States District Judge