**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 14-cv-03079-JST (JCS)

**Case Name:** Jose Hernandez v. City of Richmond, et al.,

**Date:** March 2, 2015  **Time:** 3 H

**Deputy Clerk:** Karen Hom  **Court Reporter:** 12:14-12:20

**Attorney for Plaintiff:** J. Michael Brown
**Attorney for Defendant:** Dale Allen - Dft Wang; Patrick Hurley - Dfts Chesney, City of Richmond, Whitney & Hudson

## PROCEEDINGS

(X)   Settlement Conference - Held

   (X) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Further Settlement Conference

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Telephonic Scheduling Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Settlement placed on the record. Settlement is subject to the approval of the City Council of the City of Richmond and the CJPRMA Board

**cc:**

*Telephonic Appearance