UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RICHMOND, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03079-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 43 |

　　　　Chief Magistrate Judge Joseph C. Spero notified the Court on March 2, 2015, that the parties to this case have settled this action. See ECF No. 43. Accordingly, all deadlines and hearings in this case are vacated. By April 16, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this order.

　　　　The Court also hereby sets a case management conference on April 29, 2015, which will be vacated automatically if the stipulation of dismissal is timely filed.

　　　　Any continuance of the deadline set in this order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　IT IS SO ORDERED.

Dated: March 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge